1

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

- - - - -

Southern Electric             :
Supply Co., Inc. D/b/a
Rexel Elgee, Inc.,            :

    Plaintiffs,           :
                                   Case No. 2:05 CV442
    vs.                   : Judge John D. Holschuh
                                    Magistrate Judge Kemp
Lienguard, Inc., et           :
al.,
                          :
    Defendants.
                         :

- - - - -

DEPOSITION OF MARK DECKER

- - - - -

Taken at Kegler, Brown, Hill & Ritter Co., L.P.A.
65 East State Street, Ste. 1800
Columbus, OH 43215
May 5, 2006, 1:00 p.m.

- - - - -

Spectrum Reporting LLC
333 Stewart Avenue, Columbus, Ohio 43206
614-444-1000 or 800-635-9071
www.spectrumreporting.com

- - - - -

```
 1                    A P P E A R A N C E S

 2
      ON BEHALF OF PLAINTIFFS SOUTHERN ELECTRIC COMPNAY,
 3    INC. D/B/A REXEL ELGEE, INC.:

 4         Kegler, Brown, Hill & Ritter Co., L.P.A.
           65 East State Street, Ste. 1800
 5         Columbus, OH 43215
           By Stuart W. Harris, Esq.
 6

 7    ON BEHALF OF DEFENDANTS LIENGUARD, INC., ET AL.:

 8         Roetzel & Andress, LPA
           155 East Broad Street
 9         Columbus, OH 43215
           By Thomas L. Rosenberg, Esq.
10

11    ON BEHALF OF DEFENDANT ALAN POPPER:

12         Janik & Dorman
           9200 South Hill Blvd., Ste. 300
13         Cleveland, OH 44141
           By Marvin E. Richards, Jr., Esq.
14

15

16

17

18

19

20             .

21

22

23

24
```

95

```
04:47:05   1    provided, you are running a risk, and you are
04:47:12   2    unequivocally giving up the right to file a lien
04:47:21   3    against the party -- the interest of the party
04:47:24   4    that is signing the Notice of Commencement.  So to
04:47:33   5    do it only on American Honda Motor Co., Inc. -- I
04:47:41   6    guess I have to answer your question yes, it is
04:47:44   7    improper.
04:47:48   8    Q.         Could you have a situation now where
04:47:51   9    you have Rexel, which is a relatively larger
04:47:55  10    corporation -- would it be improper for an
04:47:58  11    attorney to rely on the information that the
04:48:02  12    client's providing him?  Specifically would it be
04:48:05  13    improper for Mr. Popper to rely on information
04:48:07  14    provided to him by Rexel?
04:48:12  15               MR. HARRIS:  Objection.
04:48:12  16    Q.         As far as -- again, finding the proper
04:48:12  17    party to serve -- well, the proper party to serve
04:48:18  18    the Notice of Furnishing?
04:48:18  19    A.         What is Mr. Popper?  What is Lienguard?
04:48:24  20    Are they providing a service, or are they
04:48:28  21    scriveners?  Because if they are scriveners, a
04:48:32  22    secretary can fill out a Notice of Furnishing.
04:48:32  23    Q.         I'm going to object to as being
04:48:35  24    nonresponsive.
```

```
                                                                    96
04:48:40   1               MR. ROSENBERG:  Yeah.  Move to strike.
04:48:46   2      Q.       My question is, it wouldn't be improper
04:48:50   3   for an attorney to rely on information provided to
04:48:53   4   him by a corporate client regarding the party to
04:48:56   5   whom a Notice of Furnishing should be served.  Is
04:48:59   6   that accurate?
04:49:00   7      A.       That is absolutely inaccurate.  It is
04:49:05   8   improper.  That would be like me saying my client
04:49:10   9   can provide me information on a mechanic lien and
04:49:15  10   I cas sit back there and ignore whether or not
04:49:20  11   that information is accurate -- ignore that
04:49:22  12   information about whether anything is specific,
04:49:25  13   ignore anything about that information and not
04:49:27  14   make judgment calls that my client retained me to
04:49:30  15   do.
04:49:31  16      Q.       But on the flip side, if you were to
04:49:33  17   ask your client information about what happened
04:49:36  18   when you walked down the street, you would rely on
04:49:40  19   that information, wouldn't you?
04:49:40  20      A.       No.  It's not my job to rely on my
04:49:43  21   client's information.  It's my job to ask the
04:49:46  22   right questions.
04:49:47  23      Q.       If your client provides you with wrong
04:49:50  24   information?
```